OFFICE OF DISCIPLINARY COUNSEL *v.* STINSON.

[Cite as Disciplinary Counsel *v.* Stinson (1986),
25 Ohio St. 3d 130.]

(D.D. No. 86-12—Decided July 23, 1986.)

132

*Angelo J. Gagliardo,* disciplinary counsel, and *Charles T. Brown,* for relator.

*David N. Patterson,* for respondent.

*Per Curiam.* Based upon review of the evidence presented to the Board of Commissioners on Grievances and Discipline, the court concurs in the findings and recommendations of the board. Therefore, it is the judgment of the court that respondent, Edward H. Stinson, be indefinitely suspended from the practice of law. Costs of the proceeding are taxed to respondent.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.